UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOREASA JOSEPH MISIPATI,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 2:25-cv-00645-JHC<br><br>ORDER |

This is an action brought pursuant to 28 U.S.C. § 2255, seeking relief related to a criminal conviction. This Court has determined that an evidentiary hearing will be required to resolve the ineffective assistance of counsel claims asserted by Petitioner in his § 2255 motion. Although Petitioner has not moved for appointment of counsel, the district court must appoint counsel in a § 2255 case when an evidentiary hearing is required and the Petitioner qualifies to have counsel appointed under 18 U.S.C. § 3006A. *See* Rule 8(c) of the Rules Governing § 2255 Cases; *United States v. Swank*, 615 Fed. App'x 450, 451 (9th Cir. 2015). As Petitioner was appointed counsel from the Criminal Justice Act Panel of the Western District of Washington in his underlying criminal case (Dkt. 4, *United States v. Misipati*, 2:23-cr-00167-JHC-1), this Court finds that Petitioner qualifies for appointment of counsel for the purposes of the present § 2255 motion.

ORDER - 1

Accordingly, the Court ORDERS as follows:

(1) The Federal Public Defender is hereby ORDERED to provide counsel for Petitioner.

(2) Within thirty (30) days of appointment of counsel, the parties shall file a joint status report in which they address whether an amended 28 U.S.C. § 2255 motion will be filed, whether an order directing the waiver of attorney-client privilege will be necessary, and a proposed schedule for briefing.

(3) The September 19, 2025 date for the evidentiary hearing is VACATED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of August, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2