UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOREASA JOSEPH MISIPATI, | No. CV25-645-JHC |
| Petitioner, | |
| v. | ORDER EXTENDING STATUS REPORT DEADLINE |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

For the reasons set forth in Petitioner's Unopposed Motion to Extend Status Report Deadline, Dkt. # 12, the Court grants the motion and ORDERS that the parties shall file a status report in this matter no later than November 21, 2025. The Court DIRECTS the Clerk to renote this matter, *see* Dkt. # 5, for November 21, 2025; The Court may renote the matter again at or around that time.

DATED this 22nd day of October, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING STATUS REPORT DEADLINE
(*Misipati v. United States,* CV25-645-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100