1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOREASA JOSEPH MISIPATI,                )   No. CV25-645-JHC
                                        )
                Petitioner,             )
                                        )
        v.                              )   ORDER EXTENDING STATUS
                                        )   REPORT DEADLINE
UNITED STATES OF AMERICA,               )
                                        )
                Respondent.             )
_____)

    For the reasons set forth in Mr. Misipati's Unopposed Motion to Extend Status

Report Deadline, Dkt. # 14, the Court grants the motion and ORDERS that the parties

shall file a status report in this matter no later than January 20, 2026.  The Court

DIRECTS the Clerk to renote this matter, *see* Dkt. # 5, for January 20, 2026.

    DONE this 18th day of November 2025.

                                        _____
                                        JOHN H. CHUN
                                        UNITED STATES DISTRICT JUDGE

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**