UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOREASA JOSEPH MISIPATI,          )   No. CV25-645-JHC
                                  )
          Petitioner,             )
                                  )
     v.                           )   ORDER GRANTING DISCOVERY
                                  )
UNITED STATES OF AMERICA,         )
                                  )
          Respondent.             )
_____ )

THE COURT has considered Loreasa Misipati's motion for discovery and the records in this case. Dkt. # 20. The motion is unopposed.

IT IS ORDERED that the discovery requested in Exhibit 1 to Mr. Misipati's motion for discovery is granted.

DONE this 25th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISCOVERY
(*Misipati v. United States,* CV25-645-JHC) - 1