UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LOREASA JOSEPH MISIPATI, | ) | No. CV25-645-JHC |
| Petitioner, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The Court VACATES the order at Dkt. # 21, which was premature.  *See* Dkt. ## 17 & 18.  The Court DIRECTS the Clerk to re-note the motion at Dkt. # 20 for April 13, 2026.

DONE this 25th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISCOVERY
(*Misipati v. United States,* CV25-645-JHC) - 1