UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOREASA JOSEPH MISIPATI,

      Petitioner,

      v.

UNITED STATES OF AMERICA,

      Respondent.

No. CV25-645-JHC

ORDER GRANTING MOTION TO
EXTEND DEADLINE TO REPLY

THE COURT has considered Loreasa Misipati's motion (Dkt. # 25) to extend the deadline to file Petitioner's Replies in support of his Amended Petition (Dkt. # 19) and his Motion for Discovery (Dkt. # 20).

IT IS ORDERED that Mr. Misipati's deadline to reply is extended three weeks from April 13, 2026, to May 4, 2026. The Court DIRECTS the Clerk to re-note the Petition and Motion at Dkt. ## 19 & 20 for May 4, 2026.

DATED this 7th day of April 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO REPLY
(*Misipati v. United States,* CV25-645-JHC) - 1