UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOREASA JOSEPH MISIPATI,     ) No. CV25-645-JHC
                      )
      Petitioner,     )
                      ) ORDER
      v.     )
                      )
UNITED STATES OF AMERICA,     )
                      )
      Respondent.     )
                      )

This matter comes before the Court on Petitioner's Motion for Discovery. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

For the reasons presented by Petitioner, the Court GRANTS the motion. Petitioner may seek the discovery listed at Exhibit 1 to the motion.

The Court DIRECTS the parties to confer regarding the scheduling of the discovery at issue and to inform the Court on or before May 11, 2026, via an email to chunorders@wawd.uscourts.gov, the requested new noting date for the pending petition (Dkt. # 19).

DATED this 4th day of May, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER
(*Misipati v. United States,* CV25-645-JHC) - 1