UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOREASA JOSEPH MISIPATI,

                                Petitioner,

         v.

UNITED STATES OF AMERICA,

                                Respondent.

NO. 2:25-cv-00645-JHC

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

For the reasons set forth in the parties' Stipulated Motion to Grant Amended Petition for Writ of Habeas Corpus (Dkt. # 31), the Court GRANTS the motion and the Amended Petition (Dkt. # 19), and ORDERS that Defendant's convictions are hereby vacated.

Dated this 19th day of May, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge

Order
*Misipati v. United States,* 2:25-cv-00645-JHC - 1